**Earl GARRETT, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28486.

Court of Criminal Appeals of Texas.

June 30, 1956.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.

·No appearance for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The appeal is from an order revoking probation and sentencing appellant to serve not less than two nor more than three years in the penitentiary for the offense of felony theft.